

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Robert J. Salazar and Elia Salazar v. HP Texas I LLC dba HP Texas LLC, HPA Texas Sub 2016-1 LLC, Ser Texas LLC, and Pathlight Property Management Co.

Appellate case number:    01-19-00926-CV

Trial court case number:   2019-17589

Trial court:              127th District Court of Harris County

On November 22, 2019, appellants, Robert J. Salazar and Elia Salazar, filed a notice of appeal of the trial court's November 4, 2019 order denying their application for a temporary injunction. Appellants have filed an emergency motion for temporary injunction in this Court, seeking to enjoin appellees from leasing, selling, or making changes to real property that appellants had previously rented from appellees, to give appellants possession of the property pending resolution of this appeal without requiring any rental payment, and to reduce appellants' supersedeas bond to $1,500. At the Court's request, appellees, HPA Texas Sub 2016-1 LLC, Pathlight Property Management Co., HP Texas I LLC dba HP Texas LLC, and SER Texas LLC, filed a response in opposition to appellants' emergency motion. All parties agree that appellees were awarded possession of the property in a separate lawsuit in the county civil court at law of Harris County, from which appellants appealed in a separate appeal currently pending in this Court in Cause No. 01-19-00330-CV. The county civil court at law set appellants' supersedeas bond at $28,350. Appellants have not superseded the judgment.

On December 20, 2019, appellants filed a motion for leave to file a reply in support of their emergency motion by December 24, 2019, but have not filed any reply to date.

We **deny** appellants' motions. *See* TEX. PROP. CODE ANN. § 24.007 ("A judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court."); *see also Marshall v. Hous. Auth. of the City*

*of San Antonio*, 198 S.W.3d 782, 786 (Tex. 2006) ("[I]f a proper supersedeas bond is not filed, the judgment may be enforced, including issuance of a writ of possession evicting the tenant from the premises."); *cf.* TEX. R. APP. P. 24 (providing for suspension of enforcement of judgment and review of trial court order on supersedeas).

It is so ORDERED.

Judge's signature:   Evelyn V. Keyes

☑ Acting individually   ☐ Acting for the Court

Date: January 9, 2020